IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



SEP 29 2020

Clerk, U.S. District Court
By: _____ Deputy Clerk

Vincent Dewayne Gaylord )
3710 SW 30th Street )
Topeka Kansas 66614 )
(Enter above the full name of the Plaintiff(s))

vs. Department of the Army )   Case Number 5:20-cv-4058-DDC-ADM
US Army Human Resources )
Command and CRSC Branch )
Name Combat Related Special Compensation
1600 Spearhead Division Avenue Department 420
Street and number )
Fort Knox KY 40122-5402 )
City       State       ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

### CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff  Vincent D. Gaylord
     Address  3710 SW 30th Street
     Topeka Kansas 66614

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Department of the Army of the CRSC** is employed at **US Army Human Resources Command of the CRSC Branch**

C. Additional Defendants **CRSC Branch of the Army**

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
  1. Plaintiff is a citizen of the State of **Kansas**.
  2. The first-named defendant above is either
     a. a citizen of the State of **Kentucky**; or
     b. a corporation incorporated under the laws of the State of **Ky** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

  3. The second-named defendant above is either **none**
     a. a citizen of the State of _____; or
     b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

[✓] 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Title: 28 Statute, US Code, Title 28, Section 1331. Section: 1331

[ ] 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

[ ] 3. Other grounds (specify and state any statute which gives rise to such grounds):

I have to have my combat award letter before I can get my ret. pay from the army. It is suspended until then.

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The US Army (HRC) and the CRSC brance have been turning down my Combat related special compensation award letter for years because of reprisal and systematic Racism. The claim of my case of getting my combat award letter meets the army new criteria and the Branch keeps turning me down.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.) I would like the court to order the Army Special Compensation to grant me my Combat award letter because I eared it by serving my country during combat. (Please see my VA rating and my Physical Evaluation Board about combat.

My Physical Evaluation Board on page #3 said The GAF was 50 and the examiner opined that some if not all of his symptoms were related to posttraumatic (PTSD) stemming from his,

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒ No ☐ The army Branch Know that I can't get my retirement pay unless I get my combat award letter

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☒ No ☐
I would like my retirement pay without the back pay rule of 6 years

VII. Do you claim punitive monetary damages? Yes ☒ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I have been reprised against and turned down for my combat award letter because of Systematic Racism, so I would like to get my combat award letter and get my retirement pay without the 6 year limitation of back pay. I would like for my back pay to go back as far as 2004 when the VA granted me my VA disability for Serving. I would like for the Court to grant me the same 100% the VA did I would like for the Court to get the Army CRSC Branch to grant me the same persentage the VA did. This is what I would like the Court to grant because the Army Branch of the CRSC is not going to process my combat award letter because of a racial discriminated complaint in the past. Also, there have been reprisals because of the discrimination complaints.

1

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [X]  No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

(Please see records) of the Army Review Board. I have put in my application for years and still no Combat award letter. The Army asked people to Re-submit and still no Award letter

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

Please see New critera that should have given me my Combat award letter. They asked people to re-submit for any PTSD condition that is combat. Still no award letter.

IX. Related Litigation:

Please mark the statement that pertains to this case:

[ ] This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

[ ] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Vincent D. Gaylord
Name (Print or Type)

3710 SW 30th Str
Address
Topeka KS. 66614

5

<u>TOPEKA  KS  66614</u>
City    State    Zip Code

<u>785-213-4476</u>
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City, or ☒ Topeka}, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or ☒ No }
(Select One)

_____
Signature of Plaintiff

Dated: <u>09/28/20</u>
(Rev. 10/15)